**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Isaac Jude Rodriguez,

Plaintiff,

v.

Arizona Department of Corrections Rehabilitation and Reentry, et al.,

Defendants.

No. CV-25-04183-PHX-DWL (DMF)

**ORDER**

This is a *pro se* civil rights action that was referred to Magistrate Judge Fine for all pretrial proceedings. (Doc. 2.) On September 1, 2026, Judge Fine issued a report and recommendation ("R&R") concluding that Defendants Nack and John or Jane Does I-X should be dismissed without prejudice. (Doc. 50 at 7-8.) The R&R further explained that "[t]he parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court accepts the R&R's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's

findings and recommendations de novo *if objection is made*, but not otherwise.”).

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 50) is **adopted**.

2. Defendants Nack and John or Jane Does I-X are **dismissed without prejudice**.

Dated this 21st day of September, 2026.

Dominic W. Lanza
United States District Judge